No. 27, Orig.  OHIO *v.* KENTUCKY; and

No. 81, Orig.  KENTUCKY *v.* INDIANA ET AL.  Report of the Special Master on the motion of Dorothy Cole et al. for leave to intervene is received and ordered filed.  Motion of Dorothy Cole et al. for leave to intervene denied.  [For earlier order herein, see, *e. g.*, 454 U. S. 1076.]

No. 81–202.  NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. *v.* CLAIBORNE HARDWARE CO. ET AL.  Sup. Ct. Miss.  [Certiorari granted, 454 U. S. 1030.]  Motion of petitioners for leave to file a supplemental brief after argument granted.  JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 81–298.  COMMUNITY TELEVISION OF SOUTHERN CALIFORNIA *v.* GOTTFRIED ET AL.; and

No. 81–799.  FEDERAL COMMUNICATIONS COMMISSION *v.* GOTTFRIED ET AL.  C. A. D. C. Cir.  [Certiorari granted, 454 U. S. 1141.]  Motion of respondents for additional time for oral argument granted, and 10 additional minutes allotted for that purpose.  Request of respondents for divided argument denied.

No. 81–349.  CHICAGO BRIDGE & IRON CO. *v.* CATERPILLAR TRACTOR CO. ET AL.  Sup. Ct. Ill.  [Probable jurisdiction noted, 454 U. S. 1029.]  Case restored to calendar for reargument.  JUSTICE STEVENS took no part in the consideration or decision of this order.

No. 81–680.  HERMAN & MACLEAN *v.* HUDDLESTON ET AL.; and

No. 81–1076.  HUDDLESTON ET AL. *v.* HERMAN & MACLEAN ET AL.  C. A. 5th Cir.  [Certiorari granted, *ante,* p. 914.]  Motion of Ralph E. Huddleston et al. for leave to enlarge question presented for review denied.

No. 81–1222.  UNITED STATES *v.* GENERIX DRUG CORP. ET AL.  C. A. 11th Cir.  [Certiorari granted, 455 U. S. 988.]  Respondents' suggestion of mootness rejected.